**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6780**

---

JIMMY LEE WILLIAMS,

Plaintiff - Appellant,

versus

D. KEVIN ANDERSON,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge. (CA-98-210-5-F(3))

---

Submitted:  October 20, 1998          Decided:  November 4, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy Lee Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Williams appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Williams v. Anderson, No. CA-98-210-5-F(3) (E.D.N.C. Mar. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED